IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

FILED 2011 APR 20 PM 12:38

William H Burse )
2404 Alpine Park Ave )
William Burse )
**Name of Plaintiff**

v.

Baptist Hospital )
2000 Church St )
Nashville Town )
**Name of Defendant(s)**

Case No. _____
(To be assigned by Clerk)
Jury Demand ☑ Yes ☐ No

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964, and the Civil Rights Act of 1991, for employment discrimination. Jurisdiction is specifically conferred upon the Court by 42 U.S.C. § 2000e-5, or, if the Plaintiff is a federal employee, by 42 U.S.C. § 2000e-16. Relief is sought under 42 U.S.C. § 2000e-5(g) and/or 42 U.S.C. § 1981a(b).

2. Plaintiff, William Burse, is a citizen of the United States and resides at 2404 Alpine Park Ave (B), Nashville, Davidson, Tenn, 37218, 615-259-9063 / 615-525-4962
   Street address / City / County / State / Zip Code / Telephone Number

3. Defendant, Baptist hospital, resides at, or its business is located at 2000 Church St, Nashville, Davidson, Tenn, 37236
   Street address / City / County / State / Zip Code

(If more than one Defendant, list the name and address of each additional Defendant)

_____

_____

_____

_____

_____.

4. Plaintiff sought employment from the Defendant or was employed by the Defendant at

   **200 Church Street**, **Nashville**,
   Street address / City

   **Davidson**, **Tenn**, _____.
   County / State / Zip Code

5. Defendant discriminated against Plaintiff in the manner indicated in paragraphs 8 and 9 of this Complaint on or about **Oct** **28** ~~2010~~ **2009**
   Month / Day / Year

6. Plaintiff filed charges against the Defendant with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission charging the Defendant with the acts of discrimination indicated in paragraphs 8 and 9 of this Complaint on or about **Oct** **23** **2009**.
   Month / Day / Year

7. The Equal Employment Opportunity Commission or the United States Department of Justice issued a Notice of Right to Sue which was received by Plaintiff on **Feb 9-2011**
   Month
   **9** **2011**, a copy of which Notice is attached.
   Day / Year

8. Because of Plaintiff's (1) _____ race, (2) **X** color, (3) **X** sex,

   (4) _____ religion, (5) _____ national origin, the Defendant: **Age 51**

a. _____ failed to employ Plaintiff.

b. \_\_\_✓\_\_\_ terminated Plaintiff's employment.

c. _____ failed to promote Plaintiff.

d. \_\_\_✓\_\_\_ retaliated against Plaintiff for having filed a charge of discrimination.

e. _____ other. Explain: _____

_____

_____

_____.

9. The circumstances under which Defendant discriminated against Plaintiff were as follows:

_____

_____

_____

_____

_____.

(You may use additional paper, if necessary.)

10. The acts set forth in paragraph 8 of this Complaint:

a. _____ are still being committed by Defendant.

b. \_\_\_✓\_\_\_ are no longer being committed by Defendant.

c. _____ may still be being committed by Defendant.

11. Plaintiff attaches to this Complaint a copy of the charges filed with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission, which charges are submitted as a brief statement of the facts supporting this Complaint.

**WHEREFORE**, Plaintiff prays that the Court grant the following relief:

a. _____ direct that Defendant employ Plaintiff, or

b. ✓ direct that Defendant re-employ Plaintiff, or

c. _____ direct that Defendant promote Plaintiff, or

d. ✓ order other equitable or injunctive relief: _____

_____.

e. _____ direct that Defendant pay Plaintiff back pay in the amount of 30,000. per year and interest on back pay;

f. ✓ direct that Defendant pay Plaintiff compensatory damages: Specify the amount and basis for compensatory damages: ✓ _____

_____.

g. ✓ direct that Defendant pay Plaintiff punitive damages in the amount of _____ because Defendant engaged in a discriminatory practice or practices with malice or with reckless indifference to Plaintiff's federally protected rights, as described in paragraphs 8 and 9 above; and that the Court grant such other relief as may be appropriate, including costs and attorney's fees.

_William Buse_
(Signature of Plaintiff)