UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE

| | |
|---|---|
| WILLIAM H. BURSE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civ. Action No. 3:11-cv-00376 |
| v. ) | |
| ) | |
| BAPTIST HOSPITAL, ) | |
| ) | |
| Defendant. ) | |

## AGREED ORDER OF DISMISSAL

It appears to the satisfaction of the Court, as evidenced by the signatures of Plaintiff and counsel for Defendant appearing below, that the parties have agreed to compromise and settle all matters in dispute between them and to the dismissal of this action with prejudice. It is, accordingly,

ORDERED, ADJUDGED, AND DECREED that this action be and hereby is dismissed with prejudice.

IT IS FURTHER ORDERED that the costs of this cause be taxed to the Defendant.

DATED: _____, 2011.

_____
JUDGE WILLIAM J. HAYNES, JR.

7/2709138.1

SUBMITTED FOR APPROVAL BY:

/s/ Shana G. Fonnesbeck
Joycelyn A. Stevenson (TN Bar No. 21710)
Shana G. Fonnesbeck (TN Bar No. 29162)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
(615) 252-2375

*Attorneys for Defendant*

/s/ William H. Burse (w/permission SGF)
William H. Burse
2404 Alpine Park Avenue
Nashville, Tennessee 37218

*Defendant Pro Se*

### CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2011, I hand delivered a copy of the foregoing Agreed Order of Dismissal to William H. Burse.

/s/ Shana G. Fonnesbeck
Shana G. Fonnesbeck